**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION - CLEVELAND**

| | |
|---|---|
| ROBIN MACBETH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:10-cv-02243 |
| ) | |
| NCO FINANCIAL SYSTEM, INC. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, ROBIN MACBETH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Peter Cozmyk
      Peter Cozmyk,
      Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive, Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 x. 213
fax: (866) 799-3206
pcozmyk@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2010, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to James Schultz, Attorney for Defendant, by the Court's CM/ECF system.

                                                  s/ Peter Cozmyk
                                                  Peter Cozmyk
                                                  Attorney for Plaintiff