UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBIN MACBETH,  ) | Case No.: 1: 10 CV 2243 |
| ) | |
| Plaintiff  ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v.  ) | |
| ) | ORDER |
| NCO FINANCIAL SYSTEM, INC.,  ) | |
| ) | |
| Defendant  ) | |

The Plaintiff has notified this court that this matter has settled.  The parties must submit a dismissal entry to the court by December 20, 2010.  Therefore it is not necessary that the action remain upon the calendar of the court.

IT IS ORDERED that this action is hereby closed.  The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

November 30, 2010